

# Fourth Court of Appeals
## San Antonio, Texas

May 18, 2022

No. 04-22-00267-CV

**IN THE INTEREST OF D.R., D.E.R., D.D.R., AND D.R.**, Children

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-PA-02171
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

In this accelerated appeal, the reporter's record was due on May 14, 2022. After the due date, court reporter Elva Chapa filed a notification of late record requesting additional time to prepare the reporter's record.

The request is **granted in part**. The reporter's record is due on May 24, 2022. *See* TEX. R. APP. P. 35.3(c) (limiting an extension in an accelerated appeal to ten days).

It is so on **ORDERED** May 18, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT